**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                       **CASE NO. 5:15-CR-50077**

**FRANCISCO SANCHEZ**                                                 **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 95) filed in this case on April 24, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Modification of Sentence pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2) (Doc. 90) is **DENIED**.

**IT IS SO ORDERED** on this 14th day of May, 2024.

                                                         */s/ Timothy L. Brooks*
                                                         TIMOTHY L. BROOKS
                                                         UNITED STATES DISTRICT JUDGE